IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                            |   |                |
|--------------------------------------------|---|----------------|
| INDIAN HARBOR INSURANCE CO.                | : |                |
|                                            | : |                |
| Plaintiff,                                 | : | CIVIL ACTION   |
| v.                                         | : |                |
|                                            | : | NO. 12-1506    |
| F&M EQUIPMENT LTD, formerly known as       | : |                |
| FURNIVAL MACHINERY CO.,                    | : |                |
|                                            |   |                |
| Defendant.                                 |   |                |

## ORDER

**AND NOW**, this _____ day of August 2013, upon consideration of Furnival Machinery Company's Renewed Motion for Summary Judgment (Doc. 26), and Indian Harbor Insurance Company's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____

Hon. Petrese B. Tucker, C.J.